UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ARMONTA HADNOT** <br> **D.O.C. # 625958** | * <br> * <br> * | **CIVIL ACTION NO. 2:17-CV-444** |
| **VERSUS** | * <br> * | **JUDGE FOOTE** |
| **DARRELL VANNOY** | * <br> * <br> * <br> * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, [Record Document 6], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petitioner's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254, [Record Document 1], is **DENIED,** and the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of October, 2017.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

1